EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------|
| | 2020 TSPR 153 |
| Graciela Vázquez Lagomarsini | 205 DPR _____ |
| | |

Número del Caso:  TS-18,872


Fecha:  11 de diciembre de 2020


Abogados del peticionario:

    Por derecho propio



Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Graciela Vázquez Lagomarsini          TS-18,872

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de diciembre de 2020.

Examinada la *Solicitud de reinstalación al ejercicio de la abogacía*, se provee ha lugar y, en consecuencia, se reinstala a la Sra. Graciela Vázquez Lagomarsini a la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo